1
2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs
6
7
8                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11
12  This Document Relates to:                    )
                                                 )
13  *Donald Whitman, et al. v. Pfizer Inc*       )   **MDL NO. 1699**
    (06-1350 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                               )
    *Mildred Hance v. Pfizer Inc, et al.*        )
15  (06-1718 CRB)                                )
                                                 )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )  **STIPULATION AND ORDER OF**
    (06-2621 CRB)                                )   **DISMISSAL WITH PREJUDICE**
17                                               )
    *Rafaela Roman Velez, et al. v. Astra Merck,* )
18  *Inc., et al.*                               )
    (06-2649 CRB)                                )
19                                               )
    *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20  *Inc., et al.*                               )
    (06-2658 CRB)                                )
21                                               )
    *Teresita Falcon Matos, et al. v. Astra Merck,* )
22  *Inc., et al.*                               )
    (06-2660 CRB)                                )
23                                               )
    *Ronny Maria Sanders, et al. v. Pfizer Inc* )
24  (06-2681 CRB)                                )
                                                 )
25  *Lori Sargent et al. v. Pfizer Inc*          )
    (06-3675 CRB)                                )
26                                               )
    *James Hall, et al. v. Pfizer Inc*           )
27  (06-3676 CRB)                                )
                                                 )
28  *John Hayhurst v. Pfizer Inc, et al.*        )

-1-

EAST\42581180.1

| | |
|---|---|
| 1 | (06-3758 CRB) |
| 2 | *Bill Casillas, et al. v. Pfizer Inc, et al.* |
| 3 | (06-3958 CRB) |
| 4 | *Patricia Knudsen v. Pfizer Inc, et al.* (06-4043 CRB) |
| 5 | *Betty Moncrief, et al. v. Pfizer Inc, et al .* (06-4100 CRB) |
| 6 | |
| 7 | *Annette Edelen, et al. v. Pfizer Inc, et al.* (06-4147 CRB) |
| 8 | *Debbie Mitchell v. Pfizer Inc, et al.* (06-4296 CRB) |
| 9 | |
| 10 | *Joseph Gastaldi, et al. v. Pfizer Inc, et al.* (06-4362 CRB) |
| 11 | *Demetrio Rubio v. Pfizer Inc, et al.* (06-4449 CRB) |
| 12 | |
| 13 | *Earlene McBride, et al. v. Pfizer Inc, et al.* (06-4462 CRB) |
| 14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.* (6-4463 CRB) |
| 15 | |
| 16 | *Virginia Thorne v. Pfizer Inc, et al.* (06-4464 CRB) |
| 17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.* (06-4586 CRB) |
| 18 | |
| 19 | *Annie White, et al. v. Pfizer Inc, et al.* (06-4678 CRB) |
| 20 | *Martha Stevens, et al. v. Pfizer Inc, et al.* (06-4920 CRB) |
| 21 | |
| 22 | *Janette Smith v. Pfizer Inc, et al.* (06-4977 CRB) |
| 23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.* (06-5272 CRB) |
| 24 | |
| 25 | *Dawna Garza v. Pfizer Inc, et al.* (06-5416 CRB) |
| 26 | *Ralph Adams, et al. v. Pfizer Inc, et al.* (06-5591 CRB) |
| 27 | |
| 28 | *Albert Leong v. Pfizer Inc, et al.* (06-5666 CRB) |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Catherine Connolly, et al. v. Pfizer Inc, et al.<br>(06-5738 CRB) | ) |
| Randy Masker, et al. v. Pfizer Inc, et al.<br>(06-5739 CRB) | ) |
| Charlie Rhome, et al. v. Pfizer Inc, et al.<br>(06-5740 CRB) | ) |
| Paulette Balda, et al. v. Pfizer Inc, et al.<br>(06-5765 CRB) | ) |
| William Halpin, et al. v. Pfizer Inc, et al.<br>(06-5777 CRB) | ) |
| Patricia Howard, et al. v. Pfizer Inc, et al.<br>(06-5916 CRB) | ) |
| Alice Ryan, et al. v. Pfizer, Inc, et al.<br>(06-5917 CRB) | ) |
| William Coleman, et al. v. Pfizer Inc, et al.<br>(06-5918 CRB) | ) |
| Monica Mittag, et al. v. Pfizer Inc, et al.<br>(06-5919 CRB) | ) |
| Cynthia Smith, et al. v. Pfizer Inc, et al.<br>(06-5963 CRB) | ) |
| John Roof v. Pfizer Inc, et al.<br>(06-5964 CRB) | ) |
| Lynda Jack, et al. v. Pfizer Inc, et al.<br>(06-5965 CRB) | ) |
| Ernest Grant v. Pfizer Inc, et al.<br>(06-5970 CRB) | ) |
| Alice L. Pettit, et al. v. Pfizer Inc, et al.<br>(06-5973 CRB) | ) |
| Wade Smith, et al. v. Pfizer Inc, et al.<br>(06-5975 CRB) | ) |
| Richard Gilmore, et al. v. Pfizer Inc, et al.<br>(06-5977 CRB) | ) |
| Sergio Estrada v. Pfizer Inc, et al.<br>(06-5978 CRB) | ) |
| John Vallee, et al. v. Pfizer Inc, et al.<br>(06-5981 CRB) | ) |

-3-

| | |
|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.* )<br>(06-5983 CRB) ) |
| 2 | ) |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.* )<br>(06-6058 CRB) ) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.* )<br>(06-6059 CRB) ) |
| 5 | ) |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.* )<br>(06-6060 CRB) ) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* )<br>(06-6061 CRB) ) |
| 8 | ) |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.* )<br>(06-6062 CRB) ) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.* )<br>(06-6064 CRB) ) |
| 11 | ) |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.* )<br>(06-6065 CRB) ) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.* )<br>(06-6066 CRB) ) |
| 14 | ) |
| 15 | *Mark Childs v. Pfizer Inc, et al.* )<br>(06-6067 CRB) ) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* )<br>(06-6068 CRB) ) |
| 17 | ) |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.* )<br>(06-6070 CRB) ) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* )<br>(06-6071 CRB) ) |
| 20 | ) |
| 21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.* )<br>(06-6073 CRB) ) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.* )<br>(06-6075 CRB) ) |
| 23 | ) |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.* )<br>(06-6083 CRB) ) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.* )<br>(06-6084 CRB) ) |
| 26 | ) |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.* )<br>(06-6087 CRB) ) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* ) |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1   (06-6088 CRB)                                    )
                                                     )
2   *Lynn Hodges, et al. v. Pfizer Inc, et al.*      )
    (06-6089 CRB)                                    )
3                                                    )
    *Willie Vaughn v. Pfizer Inc, et al.*            )
4   (06-6092 CRB)                                    )
                                                     )
5   *Pauline Swihart, et al. v. Pfizer Inc, et al.*  )
    (06-6093 CRB)                                    )
6                                                    )
    *Douglas Horton v. Pfizer Inc, et al.*           )
7   (06-6094 CRB)                                    )
                                                     )
8   *June N. Bell v. Pfizer Inc, et al.*             )
    (06-6095 CRB)                                    )
9                                                    )
    *Jerry Rice, et al. v. Pfizer Inc, et al.*       )
10  (06-6096 CRB)                                    )
                                                     )
11  *Stephen Bryan, et al. v. Pfizer Inc, et al.*    )
    (06-6097 CRB)                                    )
12                                                   )
    *Steven Woods, et al. v. Pfizer Inc, et al.*     )
13  (06-6098 CRB)                                    )
                                                     )
14  *Brad Lovitt, et al. v. Pfizer Inc, et al.*      )
    (06-6116 CRB)                                    )
15                                                   )
    *April Froehlich, et al. v. Pfizer Inc, et al.*  )
16  (06-6117 CRB)                                    )

17         Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20  each side bearing its own attorneys' fees and costs.

21

22

23

24

25

26

27

28

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

1

DATED: 10 - 29 , 2009      By: _____

2

3                                **WEITZ & LUXENBERG, PC**
                                 700 Broadway
4                                New York, New York 10003
                                 Telephone: 212-558-5000
5                                Facsimile: 212-344-5461

6                                *Attorneys for Plaintiffs*

7    DATED: Nov. 2 , 2009      By: _____

8                                **DLA PIPER LLP (US)**
9                                1251 Avenue of the Americas
                                 New York, New York 10020
10                               Telephone: 212-335-4500
                                 Facsimile: 212-335-4501

11                               *Defendants' Liaison Counsel*

12

13

14   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
15   **IT IS SO ORDERED.**

16

17   Dated: NOV 1 3 2009

     Hon. Charles R. Breyer
18   United States District Court

19

20

21

22

23

24

25

26

27

28

                                        -6-

PFZR/1035934/112560v.1

EAST\42581180.1